UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20418-CIV-UNGARO

RENZO MAIETTO,

    Plaintiff,

v.

ERIC HOLDER, Attorney General of the
United States, et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Plaintiff's Petition for Naturalization Hearing Application Purusant to 8 U.S.C. § 1447(b), filed February 19, 2009 (D.E. 1). Plaintiff alleges that Defendants have improperly withheld action on Plaintiff's naturalization application. Plaintiff alleges that his application has been pending since October 1, 2003.

According to the allegations in the Complaint, Plaintiff is a native and citizen of Italy who has obtained legal permanent resident status. On October 1, 2003, Plaintiff filed an INS Form N400, Application for Naturalization. On August 21, 2004, Plaintiff attended a naturalization interview and was informed that he had passed the English, U.S. history, and government tests. During the interview Plaintiff was questioned in regards to a retail theft for which a decision of nolle proscequi had been entered on April 26, 1996. Plaintiff provided all with certified copies of the criminal case including the court's final disposition. On October 24, 2008, September 22, 2008, August 1, 2008 and February 27, 2008, the United States Citizenship and Immigration Services ("USCIS") informed Plaintiff that his application was "pending further review."

Plaintiff alleges that USCIS has failed to issue a decision upon his naturalization

application within the 120-day period pursuant to 8 U.S.C. § 1447.  Based on these allegations, Plaintiff requests that the Court assume jurisdiction over the case and naturalize Plaintiff under the terms of 8 U.S.C. § 1447(b) or find on the record that the Plaintiff is statutorily eligible to naturalize and therefore order the USCIS to favorably adjudicate Plaintiff's naturalization application.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendants are ORDERED TO SHOW CAUSE why mandamus should not be granted no later than **April 24, 2009**.  In the event Defendants fail to show good cause, the Court will compel them to act on Plaintiff's application for naturalization.  In the event that Defendants do show good cause, Plaintiff may file a reply no later than **May 1, 2009.**  No other pleadings shall be allowed.  It is further

ORDERED AND ADJUDGED that a hearing on this matter is scheduled before the Honorable Ursula Ungaro at the United States District Court, Courtroom 12-4, Twelfth Floor, 400 N. Miami Ave., Miami, Florida, 33128, on **May 15, 2009 at 10:30 a.m.**  I have set aside thirty (30) minutes for this hearing. The parties shall appear in person for this hearing.  Please notify the court immediately at (305) 523-5550 of any disposition or settlement of this case.

**DONE AND ORDERED** in Chambers, in Miami, Florida this 23d  day of February, 2009.

_____
**URSULA UNGARO
UNITED STATES DISTRICT JUDGE**

Copies furnished:

2

U.S. Magistrate Judge Andrea Simonton
Counsel of Record