UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20418-CIV-UNGARO

RENZO MAIETTO,

    Plaintiff,

v.

ERIC HOLDER, Attorney General of the
United States, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the Motion to Appear Pro Hac Vice, filed February 23, 2009 (D.E. 5).

THE COURT has considered the application and the pertinent portions of the record and is otherwise fully advised in the premises.

Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys for the Southern District of Florida provides that an attorney seeking admission pro hac vice must provide a certification, which shall accompanying his or her application, together with such appearance fee as may be required by administrative order. The application must further designate a member of the bar of this Court, and must be accompanied by a written statement consenting to the designation and the address and telephone number of the named designee. Upon review of the Motion, is not clear to the Court who is filing the Motion, and the Motion does not contact the contact information for either the pro hac attorney or the designated attorney. Further, the designated attorney has only represented that the pro hac attorney has studied the local rules; the pro hac attorney has not provided the required certification. Accordingly, it is

    ORDERED AND ADJUDGED that the Motion to Appear Pro Hac Vice (D.E. 5) is

DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of February, 2009.

_____     /s/ Ursula Ungaro
                                    URSULA UNGARO
                                    UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record