

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20418-CIV-UNGARO/Magistrate Judge SIMONTON

Renzo MAIETTO,

    Plaintiff,

vs.

Eric HOLDER, Attorney General of the United States;
Janet Ann NAPOLITANO, Secretary of the U.S. Department of Homeland Security (DHS);
Michael Aytes, Acting Deputy Director of the United States Citizenship and Immigration
Services (USCIS); and Linda Swacina, District Director, USCIS, Miami, Florida,

    Defendant.
_____/

## MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Ivan F. TORRES HIDALGO GATO, Esq., of the law firm of TORRES HIDALGO GATO, P.A., Miracle Plaza, 2355 Salzedo Street, Suite 204-C, Coral Gables, Florida 33134; 305.648.9696, for purposes of limited appearance as co-counsel on behalf of Renzo MAIETTO herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Ivan F. TORRES HIDALGO GATO, Esquire, to receive electronic filings in this case, and in support thereof states as follows:

    1.    Ivan F. TORRES HIDALGO GATO, Esquire is not admitted to practice in the

Southern District of Florida and is a member in good standing of The Louisiana Bar and the United States District Court for the Eastern District of Louisiana..

2.  Lourdes M. GUIRIBITEY, Esquire, of the law firm of LOURDES M. GUIRIBITEY, P.A., 1102 Ponce de Leon Boulevard, Coral Gables, Florida 33134,, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Lourdes M. GUIRIBITEY, Esquire consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Ivan F. TORRES HIDALGO GATO, Esquire is making concurrent payment of this Court's $75 admission fee.

4.  Certification of good standing was provided in the previously filed yet inchoate motion to appear *pro hac vice*. [1]

5.  Ivan F. TORRES HIDALGO GATO, Esquire, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ivan F. TORRES HIDALGO GATO, Esquire at email address: torreshidalgo@bellsouth.net.

---

[1] For the sake of expediency; Ivan F. TORRES HIDALGO GATO, Esquire, previously filed two (2) original Certificates of Good Standing respectively dated January 29, 2009 and April 21, 2008 issued by the United States District Court for the Eastern District of Louisiana attached to the previously filed motion for pro hac vice appearance. Attached are photocopies of aforesaid Certificates of Good Standing previously submitted.

WHEREFORE, Lourdes M. GUIRIBITEY, Esquire moves this Court to enter an Order permitting Ivan F. TORRES HIDALGO GATO, Esquire to appear before this Court on behalf of Renzo MAIETTO for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ivan F. TORRES HIDALGO GATO, Esquire.

Dated: _March 6, 2009

Respectfully submitted,

Lourdes M. GUIRIBITEY, Esquire
Fla. Bar ID No. 518964
Attorney E-mail Address: lmg76@aol.com
LOURDES M. GUIRIBITEY, P.A.
1102 Ponce de Leon Blvd
Coral Gables, FL. 33134-3322
Telephone: 305.448.9977
Facsimile:  305.448.1122
Attorneys for Plaintiff [Renzo MAIETTO]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20418-CIV-UNGARO/ Magistrate Judge SIMONTON

Renzo MAIETTO,

    Plaintiff,

vs.

Eric HOLDER, Attorney General of the United States;
Janet Ann NAPOLITANO, Secretary of the U.S. Department of Homeland Security (DHS);
Michael Aytes, Acting Deputy Director of the United States Citizenship and Immigration
Services (USCIS); and Linda Swacina, District Director, USCIS, Miami, Florida,

    Defendant.
_____/

## CERTIFICATION OF IVAN F. TORRES HIDALGO GATO

## FOR LIMITED APPEARANCE

    Ivan F. TORRES HIDALGO GATO, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The Louisiana Bar and the District Court for the Eastern District of Louisiana..

                                                      Ivan F. TORRES HIDALGO GATO, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. mail on March 6, 2009 on all counsel or parties of record on the service list.

_____
Lourdes M. GUIRIBITEY, Esquire

Case No. 09-20418-CIV-UNGARO/Magistrate Judge SIMONTON

## SERVICE LIST

Lourdes M. GUIRIBITEY, Esquire
Attorney E-mail Address: lmg76@aol.com

LOURDES M. GUIRIBITEY, P.A.
1102 Ponce De Leon Blvd
Coral Gables, Florida 33134-3322
Telephone: 305.448.9977
Facsimile: 305.448.1122
Attorney for Plaintiff
[Renzo MAIETTO]

Jeffrey Wynn DICKSTEIN
Attorney E-mail Address:
jeffrey.dickstein@usdoj.gov
Office of the United States Attorney
Southern District of Florida, Miami Division
99 N.E. 4th Street, Miami, FL 33132
Telephone: 305.961.9453
Facsimile: 305.530.7139
Attorneys for Defendants
[Eric Holder, U.S. Attorney General, et al.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20418-CIV-UNGARO/Magistrate Judge SIMONTON

Renzo MAIETTO,

    Plaintiff,

vs.

Eric HOLDER, Attorney General of the United States;
Janet Ann NAPOLITANO, Secretary of the U.S. Department of Homeland Security (DHS);
Michael Aytes, Acting Deputy Director of the United States Citizenship and Immigration Services (USCIS); and Linda Swacina, District Director, USCIS, Miami, Florida,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF IVAN F. TORRES HIDALGO GATO, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Ivan F. TORRES HIDALGO GATO and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Ivan F. TORRES HIDALGO GATO in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

**Case No. 09-20418-CIV-UNGARO/Magistrate Judge SIMONTON**

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Ivan F. TORRES HIDALGO GATO is granted permission to appear and participate in this action on behalf of the Plaintiff, Renzo MAIETTO.

The Clerk shall provide electronic notification of all electronic filings to Ivan F. TORRES HIDALGO GATO at torreshidalgo@bellsouth.net.

DONE AND ORDERED in Chambers at _____, Florida this _____ day of _____.

_____
U.S. District Judge URSULA UNGARO

Copies furnished to:
All Counsel of Record

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Louisiana

## CERTIFICATE OF GOOD STANDING

I, _____Loretta G. Whyte_____, *Clerk of this Court,*

certify that _____Ivan F. Torres Hidalgo Gato_____, *Bar #* _____26772_____,

*was duly admitted to practice in this Court on*

_____11/3/2000_____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____New Orleans, Louisiana_____ on _____01/29/2009_____.
LOCATION                                                     DATE

Loretta G. Whyte
CLERK                                                        DEPUTY CLERK

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Louisiana__

**CERTIFICATE OF
GOOD STANDING**

I, __Loretta G. Whyte__, *Clerk of this Court,*

certify that __Ivan F. Torres Hidalgo Gato__, Bar # __26772__,

was duly admitted to practice in this Court on

__11/3/2000__, *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at __New Orleans, Louisiana__ on __04/21/2008__.
LOCATION   DATE

Loretta G. Whyte
CLERK

DEPUTY CLERK